UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>                                    Plaintiff,<br><br>v.<br><br>DAVID GONZALEZ RUIZ, et al.,<br><br>                                    Defendants. | Case No.:  18cv464-CAB (MDD)<br><br>**ORDER TO APPEAR FOR EXAMINATION OF JUDGMENT DEBTOR**<br><br>Date: November 5, 2025<br>Time: 10:00 a.m.<br>Place: Room 230, Jury Assembly Room |

On October 17, 2019, the Court entered a Default Judgment against David Gonzalez Ruiz, ("Judgment Debtor") doing business as Cotija Mex Grill in the amount of $38,911.00.  (See ECF No. 68 at 5.)  Plaintiff G & G Closed Circuit Events, LLC ("Judgment Creditor") requests that the Court order Judgment Debtor "to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt."  (See ECF No. 94 at 1.)  This application is permitted under California law governing judgment debtor proceedings.[1]  See Cal. Civ. Proc. Code § 708.110(a).

---

[1] Federal Rule of Civil Procedure 69 authorizes federal courts to enforce a money judgment by writ of execution.  See Fed. R. Civ. Proc. 69 (a)(1).  Execution procedure and proceedings in aid of judgment or execution "must accord with the procedure of the state where the court is located, but a federal statue governs to the extent it applies."  Id.  Thus, the Court follows California's statutory provisions for the

California law governing judgment debtor proceedings allows for "the judgment creditor [to] apply to the proper court for an order requiring the judgment debtor . . . to furnish information to aid in enforcement of the money judgment." (Id.)  The judgment debtor's residence or business must be located in the same county as the court or within 150 miles of the place of examination.  See Cal. Civ. Proc. Code §§ 708.160(b) & 491.150(b).  Here, Judgment Debtor "resides or has a place of business in the county or within 150 miles of the place of the examination."[2] (See ECF No. 94 at 1.)  Furthermore, the Court shall make the order granting the judgment creditor's ex parte application "if the judgment creditor has not caused the judgment debtor to be examined under this section during the preceding 120 days."  See Cal. Civ. Proc. Code § 708.110(b).  Judgment Creditor has not examined Judgment Debtor within the last 120 days.  (See ECF No. 94 at 2.)  Having met all the requirements, the Court **GRANTS** Judgment Creditor's Motion for Judgment Debtor to appear for an examination.

Having reviewed Plaintiff's Application for Appearance and Debtor Examination [id.], and good cause appearing, it is hereby **ORDERED** that Judgment Debtor Carolos Arizmendi, Sr., shall personally appear on **November 5, 2025**, at **10:00 a.m.** in James M. Carter & Judith N. Keep United States Courthouse, Room 230 - Jury Assembly Room, 333 West Broadway, San Diego, CA 92101, to furnish information to aid in the enforcement of the money judgment in this case by answering questions about Judgment Debtor's property and assets of any kind.  Judgment Creditor must personally serve a copy of this

---

enforcement of judgments, as set forth in California Code of Civil Procedure §§ 680.010 through 724.260.

[2] Although Judgment Creditor makes superficial statements to meet the judgment debtor requirements, the Court will consider those statements as counsel's unsworn declaration under 28 U.S.C. § 1746. (See ECF No. 94 at 2 (Judgment Creditor's counsel signs and "declare[s] under penalty of perjury that the foregoing is true and correct.")).  Furthermore, the Proof of Service includes the addresses of the Judgment Debtor's residence and place of business, both of which are within the same county as the Court.  (ECF No. 94 at 3.)

Order on Judgment Debtor and file a proof of service with the Court by **October 22, 2025**.

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.[3]**

IT IS SO ORDERED.

Dated: August 19, 2025

Honorable Michael S. Berg
United States Magistrate Judge

---

[3] This notice is compliant with California Code of Civil Procedure § 708.110(e).